FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 17 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANNY RAY SHAFFER,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>BRAZELTON et al.,<br><br>　　　　Respondent. | No. ED CV 12-1039-SVW (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the Supplemental Report and Recommendation of the Magistrate Judge. Having made a de novo determination of those portions of the Report and Recommendation and Supplemental Report and Recommendation to which objections have been made, the Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///

     IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: July 16, 2015

_____
STEPHEN V. WILSON
United States District Judge