JS-6/ENTER

*FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — JUL 17 2015 — CENTRAL DISTRICT OF CALIFORNIA — BY / DEPUTY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANNY RAY SHAFFER,<br><br>    Petitioner,<br><br>    v.<br><br>BRAZELTON et al.,<br><br>    Respondent. | No. ED CV 12-1039-SVW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: July 16, 2015

*/s/ Stephen V. Wilson*

HON. STEPHEN V. WILSON
United States District Judge